# ATTACHMENT A

## I. Premises to be Searched—Subject Premises

The premises to be searched (the "Subject Premises") is 81 Berlin Street, Apartment 2, Montpelier, Vermont. 81 Berlin St. is a two-story grey building with three apartment units. The Subject Premises is an apartment within the building having an entry at the rear of the 2nd floor of the building. Apartment 2 is the only apartment accessed from the rear of the building. 81 Berlin St. is shown in the following image taken on or about August 9, 2023:



1